Joseph T. Sucec, Esq.
Attorney for Plaintiff
325 Peach Glen-Idaville Road
Gardners, PA 17324
717-315-2359
joesucec@comcast.net
PA74482

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF, PENNSYLVANIA

| | |
|---|---|
| CHRISTINA PRUKALA : | |
|     plaintiff : | |
|     v. : | No. 3:15-cv-2427-MEM |
| Adore Me : | |
| 499 7th Avenue : | |
| 19th Floor : | |
| New York, NY 10018 : | |
| and : | |
| JOHN DOES 1-10 : | |
| and : | |
| CORPORATIONS X,Y,Z. : | |
|     defendant : | CIVIL ACTION - LAW |
| : | CLASS ACTION |
| : | JURY TRIAL DEMANDED |

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Defendant having filed neither an Answer nor a Federal Rule 56 Motion for Summary Judgment, Plaintiff hereby withdraws the Complaint in this matter and Dismisses the above case with prejudice.

Date: 8/5/2016

/s/ Joseph T. Sucec, Esq.

_____

Joseph T. Sucec, Esq.